# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Rebecca Tomilowitz | Atty Name (if applicable): | Rebecca Tomilowitz |
| Street Address: | 1321 Post Ave. Suite 201 Torrance, CA 90501 | CA Bar No. (if applicable): | 150127 |
| Filer's Telephone No.: | (310) 851-8072 | Atty Fax No. (if applicable): | (310) 851-8078 |

In re:

**Chad Jason King**
**Aida Antoinette King**

Case No. ND09-13206 RR

Chapter 13

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes    ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A    ☐ B    ☒ C    ☐ D    ☐ E    ☐ F    ☐ G    ☐ H    ☐ I    ☐ J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Chad Jason King and Aida Antoinette King**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

**\*\*FOR COURT USE ONLY\*\***

/s/ Chad Jason King
**Chad Jason King**
*Debtor Signature*

/s/ Aida Antoinette King
**Aida Antoinette King**
*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED: _____

**Rebecca Tomilowitz**
Print or Type Name

**/s/ Rebecca Tomilowitz**
*Signature*

(SEE ATTACHED MAILING LIST.)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **Chad Jason King,**
      **Aida Antoinette King**
                           Debtors

Case No. **ND09-13206 RR**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** <br> cash on hand | C.C.P. § 703.140(b)(5) | 60.00 | 60.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Wells Fargo <br> Checking & Savings acct. <br> Augora Hills Branch | C.C.P. § 703.140(b)(5) | 1,100.00 | 1,100.00 |
| Ventura County Credit Union <br> Savings Account <br> Ventura County Branch | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Rabo Bank <br> Business Account <br> (KZ Tools, LLC) <br> Ventura County branch | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Rabo Bank <br> Business Checking Account <br> (T.C. Construction) | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| Rabo bank <br> Business Savings Account <br> (T.C. Construction) | C.C.P. § 703.140(b)(5) | 25.00 | 25.00 |
| Wescom Credit Union <br> Checking & Savings acct. | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| **Household Goods and Furnishings** <br> Miscellaneous household goods furnishings & personal effects | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** <br> Clothing and other personal effects. | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> Personal jewelry | C.C.P. § 703.140(b)(4) | 100.00 | 100.00 |
| **Interests in Partnerships or Joint Ventures** <br> Vacant Lot under Corporation T.C. Construction <br> 2316 Tirol Drive <br> Pine Montain, CA 93222 <br><br> 50% Ownership with Tim Zorich | C.C.P. § 703.140(b)(5) | 12,000.00 | 12,000.00 |
| T.C. Construction Assets: 2 Saws ,2 Chop Saws, Assorted hand tools, 4 Nail Guns, 2 Compressors, 4 Air Compressor Tools (mud guns, air compressor guns) Levels, Saw Gaws..... | C.C.P. § 703.140(b)(5) | 3,500.00 | 3,500.00 |

  **1**  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

Case 9:09-bk-13206-RR    Doc 28    Filed 03/18/10    Entered 03/18/10 16:00:53    Desc
                  Main Document      Page 4 of 5

B6C (Official Form 6C) (12/07) -- Cont.

In re  Chad Jason King,
       Aida Antoinette King

Case No. __ND09-13206 RR__

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2007 Volvo XC90 <br> 26,000 Miles | C.C.P. § 703.140(b)(2) | 2,000.00 | 12,000.00 |
| 2005 Suzuki Motorcycle 50CC | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Boats, Motors and Accessories** <br> Jet Ski <br> 1988 Kawasaki 650 | C.C.P. § 703.140(b)(5) | 400.00 | 400.00 |
| | Total: | 24,785.00 | 34,785.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rebecca Tomilowitz<br>Law Offices of Colmenares & Tomilowitz<br>1321 Post Ave<br>Suite 201<br>Torrance, CA 90501<br>(310) 851-8072 Fax: (310) 851-8078<br>150127<br>☒ Attorney for: Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Chad Jason King<br>Aida Antoinette King<br>Debtor(s). | CASE NO.: ND09-13206 RR<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☒ Petition, statement of affairs, schedules or lists & Chapter 13 Plan    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: _____    Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    Date: MAR 18 2010
*Signature of Signing Party*
**Chad Jason King**
*Printed Name of Signing Party*

_____    Date: MAR 18 2010
*Signature of Joint Debtor*
**Aida Antoinette King**
*Printed Name of Joint Debtor*

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    Date: MAR 18 2010
*Signature of Attorney for Signing Party*
**Rebecca Tomilowitz**
*Printed Name of Attorney for Signing Party*