| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rebecca Tomilowitz<br>Law Offices of Colmenares & Tomilowitz<br>1321 Post Ave<br>Suite 201<br>Torrance, CA 90501<br>(310) 851-8072 Fax: (310) 851-8078<br>California State Bar Number: 150127<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER ND09-13206 RR |
|---|---|
| In re<br><br>Chad Jason King<br>Aida Antoinette King<br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, __Chad Jason King & Aida Antoinette King__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __August 11, 2009__.

2. I am the owner of real property[1] at the following street address:

   __4423 Autumnglen Court, Moorpark, CA  93021__

   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __GMAC__.

   b. Second deed of trust in favor of __BAC Home Loan (formerly Countywide)__ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

| In re<br>Chad Jason King<br>Aida Antoinette King<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER ND09-13206 RR |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| GMAC<br>#xxxxx8772 | $2383.85 | 1-16 | February: 2/6/10 |
| | $2544.02 | 1-16 | March: 3/18/10 |
| | $2544.02 | 1-16 | April: 4/16/10 |
| Creditor | | | |
| BAC Home Loan<br>#xxxxxxx9997 | ADVERSARY pending. | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 5

| In re | CHAPTER 13 |
|---|---|
| **Chad Jason King** <br> **Aida Antoinette King** <br> Debtor(s). | CASE NUMBER **ND09-13206 RR** |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **April 20, 2010**    Signature **/s/ Chad Jason King**
                                      **Chad Jason King**
                                      Debtor

Date **April 20, 2010**    Signature **/s/ Aida Antoinette King**
                                      **Aida Antoinette King**
                                      Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

2010.04.19  06:49 PM

18055296192

PAGE.  1/ 1

**OFFICIAL CHECK**

SERIAL #: 6285603822
ACCOUNT#: 4861-506337

April 16, 2010

62886
Office AU #   11-24 / 1210(6)

Purchaser:            CHAD J KING
Purchaser Account:    0369390390
Operator I.D.:        su017020

PAY TO THE ORDER OF    ***GMAC MORTGAGE***        **$2,544.02**

***Two thousand five hundred forty-four dollars and 02 cents***

VOID IF OVER US $ 2,544.02

**NON-NEGOTIABLE**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A
FOR INQUIRIES CALL (669) 391-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**Purchaser Copy**

62886
Office AU #   11-24 / 1210(6)

**PERSONAL MONEY ORDER**

SERIAL #: 6285603051
ACCOUNT#: 4861-505378

*Apru*

## OFFICIAL CHECK

00737   11-24
Office AU #   1210(8)

Purchaser:          CHAD J KING
Purchaser Account:  0359390390
Operator I.D.:      cu038165

SERIAL #: 0073710623
ACCOUNT#: 4861-505337

PAY TO THE ORDER OF    ***GMAC***

March 18, 2010

***Two thousand five hundred forty-five dollars and no cents***    **$2,545.00**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER- IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 2,545.00

**NON-NEGOTIABLE**

**Purchaser Copy**

ND 09-13206 RR
KING

March
mortgage

---

## OFFICIAL CHECK

62856   11-24
OP #...   1210(8)

Purchaser:          CHAD J KING
Purchaser Account:  0359390390
Operator I.D.:      cu017029      cu017029

SERIAL #: 6285603709
ACCOUNT#: 4861-505337

PAY TO THE ORDER OF    ***GMAC***

February 06, 2010

***Two thousand five hundred sixty dollars and no cents***    **$2,560.00**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 2,560.00

**NON-NEGOTIABLE**

**Purchaser Copy**

ND09-13206 RR - KING

Feb mortgage

*Declaration Setting Forth PostPetition, Preconfirmation Deed of Trust Payments*  **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 4 of 5*

| In re<br>**Chad Jason King**<br>**Aida Antoinette King**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **ND09-13206 RR** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1321 Post Avenue, Ste 201, Torrance, CA 90501

The foregoing document described ___Declaration Setting Forth PostPetition Preconfirmation Deed of Trust Payments___ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

The Honorable Robin L Riblet, US Bankruptcy Judge, 1415 State Street, Santa Barbara, CA 93101.

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___4/20/10___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

cacb_ecf_sv@ch13wla.com-Elizabeth Rojas

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2010 | Rebecca Tomilowitz | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 3015-1.4**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rebecca Tomilowitz<br>LAW OFFICE OF COLMENARES & TOMILOWITZ<br>1321 Post Avenue, Ste. 201<br>Torrance, CA 90501<br>310 851-8072 Fax: 310 851-8078<br>150127<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Chad Jason King<br>Aida Antoinette King<br><br>Debtor(s). | CASE NO.: **ND09-13206 RR**<br>CHAPTER: **13**<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists — Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed:
☒ Other: **Post Petition Mortgage Declaration** — Date Filed:

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    **April 20, 2010**
*Signature of Signing Party*                                      Date
**Chad Jason King**
*Printed Name of Signing Party*

_____    **April 20, 2010**
*Signature of Joint Debtor*                                       Date
**Aida Antoinette King**
*Printed Name of Joint Debtor*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    **April 20, 2010**
*Signature of Attorney for Signing Party*                     Date
**Rebecca Tomilowitz**
*Printed Name of Attorney for Signing Party*