| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>**Rebecca Tomilowitz**<br>**1321 Post Avenue, Ste. 201**<br>**Torrance, CA 90501**<br>**310 851-8072 Fax: 310 851-8078**<br>California State Bar Number: **150127**<br><br>*Attorney for Debtor* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Chad Jason King**
**Aida Antoinette King**

Debtor.

CHAPTER __13__

CASE NUMBER **ND09-13206 RR**

# DEBTOR'S MOTION TO CONVERT CASE
# UNDER 11 U.S.C. §§ 706(a) OR 1112(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this Court for an Order converting the above chapter __13__ case to a case under chapter __7__ on the grounds set forth below:

2. **Filing Information:**

    a. ☐ A Voluntary Petition under chapter   ☐7  ☐11  ☐12  ☒13   was filed on:  8/11/09

    b. ☐ An Involuntary Petition under chapter   ☐7  ☐11   was filed on:

    ☐ An Order of Relief under chapter   ☐7  ☐11   was entered on:

    c. ☐ An Order of Conversion to chapter   ☐7  ☐11  ☐12  ☐13   was entered on:

    d. ☐ Other *(specify):*

3. **Procedural Status:**

    a. Name of trustee appointed *(if any):* **Elizabeth Rojas**

    b. Name of Attorney of Record for trustee *(if any):*

4. Debtor alleges that this case has not been previously converted.

*(Continued on next page)*

---
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 1017-1.1**

Best Case Bankruptcy

**F 1017-1.1**

| In re<br>**Chad Jason King**<br>**Aida Antoinette King**<br><br>Debtor. | CHAPTER __13__<br>CASE NUMBER **ND09-13206 RR** |
|---|---|

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this Court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 13 to a case under chapter __7__ .

Dated: **May 24, 2010**                                        Respectfully submitted,

**LAW OFFICE OF COLMENARES & TOMILOWITZ**
*Firm Name*

By: _____

Name:    **Rebecca Tomilowitz**
                    *Attorney for Debtor/Trustee*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                          **F 1017-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                            Best Case Bankruptcy

| In re                                              | CHAPTER 13                    |
|----------------------------------------------------|-------------------------------|
| **Chad Jason King**                                |                               |
| **Aida Antoinette King**                           | CASE NUMBER ND09-13206 RR     |
|                                         Debtor.   |                               |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1321 Post Avenue, Suite 201, Torrance, CA 90501

A true and correct copy of the foregoing document described as __**Debtors' Motion to Convert Case**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

The Honorable Robin Riblet/1415 State Street, Courtroom 201, Santa Barbara, CA 93101 /Express Mail

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __5/24/10__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

ROJAS: cacb_ecf_sv@ch13wla.com
ustregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __5/24/10__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2010 | Rebecca Tomilowitz | _/s/ Rebecca Tomilowitz_ |
|--------------|--------------------|---------------------------|
| Date         | Type Name          | Signature                 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 1017-1.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                               Best Case Bankruptcy

Label Matrix for local noticing
0973-9
Case 9:09-bk-13206-RR
Central District Of California
Santa Barbara
Mon May 24 15:05:23 PDT 2010

GMAC MORTGAGE, LLC
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Bank, FSB
POB 3001
Malvern, PA 19355-0701

BAC Home Loans Servicing LP
1757 Tapo Canyon Rd
Mail Stop CA6-913-LB-11
Simi Valley CA 93063-3391

CSC Logic
PO BOX 740908
Dallas, TX 75374-0908

Chase
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Chase
Correspondence
PO Box 15298
Wilmington, DE 19850-5298

Chase
PO BOX 94014
Palatine, IL 60094-4014

Chase Bank USA NA
PO BOX 15145
Wilmington, DE 19850-5145

Chevron
P.O. Box 5010
Concord, CA 94524-0010

Countrywide Home Loans
P.O. Box 10219
Van Nuys, CA 91410-0219

Credit First NA
P O Box 818011
Cleveland OH 44181-8011

ETS Services, LLC
2255 North Ontario Street,# 400
TS: GM-183505-C
Burbank, CA 91504-3190

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd
Suite 240
Sherman Oaks, CA 91403-2436

Firestone
PO BOX 81315
Cleveland, OH 44181-0315

GEMB Lending Inc
3355 Michaelson Dr. Fl 2
Irvine, CA 92612-7650

GEMB Lending Inc
Po Box 5064
Costa Mesa, CA 92628-5064

GMAC Mortgage
PO BOX 4622
Waterloo, IA 50704-4622

GMAC Mortgage, LLC
P.O. Box 17933
4375 Jutland Dr., Suite 200
San Diego, CA 92117-3600

Lawrence L. Matheney-Tax Collector
800 South Victoria Avenue
Ventura, CA 93009-0001

Los Robles Hospital & MC
215 West Janss Rd
Thousand Oaks, CA 91360-1899

Los Robles Hospital And Medical Center
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Portfolio Recovery Associates, LLC.
P.O. Box 41067
Norfolk, VA 23541-1067

US Trustee
128 E Carrillo Street
Ste. 126
Santa Barbara, CA 93101-2111

United States Trustee (ND)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550

Ventura County Credit Union
Post Office Box 6920
Ventura, CA 93006-6920

Wells Fargo
PO BOX 30086
Los Angeles, CA 90030-0086

| | | |
|---|---|---|
| Wells Fargo Auto Finance<br>Post Office Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Auto Finance, Inc.<br>Payment Processing<br>Attn: MAC #S4017-012<br>PO Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 |
| Wescom Credit Union<br>5601 E La Palma Ave<br>Anaheim, CA 92807-2109 | Wescom Credit Union<br>c/o Grant & Weber<br>PO BOX 7058<br>Pasadena, CA 91109-7058 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 35480<br>Newark, NJ 07193-5480 |
| Aida Antoinette King<br>4423 Autumnglen Court<br>Moorpark, CA 93021 | Chad Jason King<br>4423 Autumnglen Court<br>Moorpark, CA 93021-2703 | Elizabeth (ND) F Rojas<br>Noble Professional Center<br>15060 Ventura Blvd. Suite 240<br>Sherman Oaks, CA 91403-2436 |
| Rebecca Tomilowitz<br>Colmenares & Tomilowitz<br>1321 Post Ave, Ste 201<br>Torrance, CA 90501-2641 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Rebecca Tomilowitz<br>LAW OFFICE OF COLMENARES & TOMILOWITZ<br>1321 Post Avenue, Ste. 201<br>Torrance, CA 90501<br>310 851-8072 Fax: 310 851-8078<br>150127<br>☒ Attorney for: Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Chad Jason King<br>Aida Antoinette King<br><br>Debtor(s). | CASE NO.: ND09-13206 RR<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists — Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed:
☒ Other: __Motion to Convert Case to Chapter 7__ — Date Filed:

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

_Signature of Signing Party_
**Chad Jason King**
_Printed Name of Signing Party_

**May 24, 2010**
Date

_Signature of Joint Debtor_
**Aida Antoinette King**
_Printed Name of Joint Debtor_

**May 24, 2010**
Date

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_Signature of Attorney for Signing Party_
**Rebecca Tomilowitz**
_Printed Name of Attorney for Signing Party_

**May 24, 2010**
Date